No. 314. NORTHERN CENTRAL RAILWAY COMPANY *v.* HERING, COMPTROLLER. Error to the Court of Appeals of the State of

Maryland. Motions to dismiss or affirm. Submitted April 28, 1902. Decided May 5, 1902. *Per Curiam.* Dismissed for want of jurisdiction on the authority of *New Orleans Water Works Company* v. *Louisiana State; Wisconsin* v. *Commissioners,* and cases cited, 183 U. S. 693; *California Powder Works* v. *Davis,* 151 U. S. 393. *Mr. Isidor Rayner* and *Mr. A. S. Worthington* for the motions. *Mr. John J. Donaldson, Mr. Wayne McVeagh* and *Mr. Frederic D. McKenney* opposing.